# Court of Appeals
# of the State of Georgia

ATLANTA,  February 14, 2024

*The Court of Appeals hereby passes the following order:*

## A24A0831.  XIAOFENG WU v. CHENGXIANG JIA.

Xiaofeng Wu and Chengxiang Jia divorced in 2012. The final order and decree of divorce incorporated a settlement agreement that awarded Wu property in Doraville (the "Doraville Property"), subject to her upkeep of the property. In 2019, Wu filed the underlying complaint for enforcement of the marital settlement agreement and request for injunctive relief against Jia, contending generally that Jia had not turned over possession of the Doraville Property to Wu. Jia filed counterclaims for unjust enrichment and other relief. Following a hearing, the court denied Wu's complaint for enforcement of the settlement agreement and her request for injunctive relief, found in favor of Jia on his counterclaim for unjust enrichment, and denied Jia's remaining claims. Wu then filed this direct appeal. We, however, lack jurisdiction.

Appeals from "judgments or orders in divorce, alimony, and other domestic relations cases" must be made by application for discretionary appeal. OCGA § 5-6-35 (a) (2). And "where, as here, the underlying subject matter of a lawsuit relates to such rights and obligations [created by an incorporated settlement agreement], and the parties are the ex-spouses . . . the case involves domestic relations and compliance with OCGA § 5-6-35 is the exclusive means by which to appeal the final order in the action." *Walker v. Estate of Mays*, 279 Ga. 652, 653 (1) (619 SE2d 679) (2005). The "[f]ailure to follow the discretionary procedures when required deprives this court of jurisdiction." *In the Interest of C. M. L.*, 260 Ga. App. 502, 503 (1) (580 SE2d 276) (2003). Wu's failure to follow the discretionary appeal procedures, therefore, deprives

us of jurisdiction over this direct appeal. Accordingly, this appeal is hereby DISMISSED.



*Court of Appeals of the State of Georgia*
  *Clerk's Office, Atlanta,*  02/14/2024

  *I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*

  *Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_Stephen E. Castlen_____ *, Clerk.*